United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 9, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-40702

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

ISIDRO RAMIREZ,

Defendant-Appellant.

Appeal from the United States District Court
For the Southern District of Texas
Laredo Division, Criminal Action No. L-02-26

Before DAVIS, CYNTHIA HOLCOMB HALL[*] and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[**]

The only significant issue presented in this appeal is whether the district court erred in finding that the Trooper (Officer Jose Ramirez) had reasonable suspicion to stop appellant for violating

---

[*]Circuit Judge of the Ninth Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

state traffic laws.  We conclude that the finding was not clearly erroneous and was supported by substantial evidence.  It follows that the officer's search did not violate appellant's 4th Amendment rights and the district court correctly denied his motion to suppress.

AFFIRMED.